IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DARLENE HENNRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 20-CV-06173-SRB |
| ) | |
| PENN NATIONAL GAMING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal of this action, **with prejudice**. Each party to bear their own attorneys' fees and costs.

Dated: January 5, 2022

Respectfully submitted,

McCLELLAND LAW FIRM
*A Professional Corporation*

By: /s/ Michael J. Rahmberg
Ryan L. McClelland, MO Bar #59343
Michael J. Rahmberg, MO Bar #66979
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

ATTORNEYS FOR PLAINTIFF

McMAHON BERGER, PC

By: /s/ Stephen B. Maule
Stephen B. Maule   MO #44209
John J. Marino      MO #58957
Michael S. Powers  MO #63173
2730 North Ballas Road, Suite 200
St. Louis, MO 63131-3039
(314) 567-7350
(314) 567-5968 (fax)
maule@mcmahonberger.com
marino@mcmahonberger.com
powers@mcmahonberger.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By: /s/ Michael J. Rahmberg

ATTORNEY FOR PLAINTIFF